UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL RAY WASHINGTON,

    Plaintiff,

v.       Case No. 8:21-cv-2288-WFJ-CPT

MRS. HASLEM, J. COX,
COLONIAL ROGERS and C.
ANDERSON,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court on Plaintiff's "Motion Notice to Dismiss Case." (Doc. 4). In accord with the document, which requests dismissal of this action, it is **ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a), Federal Rules of Civil Procedure.

2. Any pending motion is **DENIED AS MOOT**.

3. The clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE